

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**August 7, 2025 11:08**

Confirmation Nbr. 3578651

DE'JOIR STOKES

vs.

CITY DOGS/KENNELS (ANIMAL CONTROL)

CV 25 122341

**Judge:**  JENNIFER O'DONNELL

**Pages Filed:**  36

EXHIBIT

A



**Nailah K. Byrd**
Cuyahoga County
Clerk of Courts

Electronic Filing Department
1200 Ontario Street
Cleveland, OH 44113
(216) 698-8682
Efile_support@cuyahogacounty.us

DStokes

## Electronic Filing Registration Form

☐ Attorney    ☐ Firm Support Staff    ☒ Pro Se

Registrant's Name: De'Joir Aron-Pierre Stokes

Attorney Bar Number:
(For Attorney Account Only)    State: _____

Law Firm: _____

Mailing Address: 800 First St

City, State, Zip: Muskegon MI 49440

Phone Number: 231-329-9603    Fax Number: _____

Email Address: DXAE2000.DS.@gmail.com

If Pro Se, Case # on which you are E-Filing _____

I hereby agree to pay to the Clerk of Courts all charges incurred by me in using the Clerk of Courts' Electronic Filing System. These charges shall include the litigation fees, costs and expenses set by statute and by local court rule in the amounts and as usually and customarily assessed litigants by the Clerk of Courts. I understand that there is no cost per se for using the Clerk of Courts' Electronic Filing System and that the above costs are the only ones for which I am responsible. I hereby authorize the Clerk of Courts to charge by American Express, Discover, MasterCard or Visa account the fees, costs, and expenses directly connected with the court documents electronically filed by me.

It is my understanding that this Electronic Filing Account may be revoked by me at any time for any reason and without explanation, but I also understand that my doing so will invalidate any electronic filings made thereafter until a new Electronic Filing Account is created or restored.

I understand that the Clerk of Courts collects data on my actions performed inside the Electronic Filing System. I agree that my Electronic Filing account is unique to me and my ID and password should not be shared with anyone. I agree that I will be held responsible for all actions performed by my account.

☑ By checking this box, I state that I have read the Electronic Filing Terms of Use on www.coc.cuyahogacounty.us. I agree to be bound by the terms of use, conditions stated above, policies, procedures, forms and local rules governing the use of electronic filing in the courts of Cuyahoga County as more fully explained in the materials provided to me by the Clerk of Courts.

| e-signature | date 07 18 25 |

To submit this form: Download to Desktop,
Complete, Rename it, Save and Return via
Email Attachment to:
efile_support@cuyahogacounty.us

☐ Save    ☐ Print

Please print or save for your records

☐ Reset form

Revised 081016



Common Pleas Court of Cuyahoga County, Ohio

**DESIGNATION FORM TO BE USED TO INDICATE THE CLASSIFICATION OF THE CAUSE**

De'Joir Aron-Pierre Stokes

Plaintiff

Case Number: _____

Date: 07/18/25

Vs.

City Dogs / Animal control / Kernels

Defendant

| | |
|---|---|
| Has this case been previously filed and dismissed? Yes ☐ No ☒ | |
| Case #: _____ Judge: _____ | |
| Is this case related to any new cases now pending or previously filed? Yes ☐ No ☒ | |
| Case #: _____ Judge: _____ | |

**CIVIL CLASSIFICATIONS:** *Place an (X) in ONE Classification Only.*

**Professional Torts:**
☐ 1311 Medical Malpractice
☐ 1315 Dental Malpractice
☐ 1316 Optometric Malpractice
☐ 1317 Chiropractic Malpractice
☐ 1312 Legal Malpractice
☐ 1313 Other Malpractice

**Product Liability:**
☐ 1330 Product Liability

**Other Torts:**
☐ 1310 Motor Vehicle Accident
☐ 1314 Consumer Action
☒ 1350 Misc. Tort

**Workers Compensation:**
☐ 1550 Workers Compensation
☐ 1531 Workers Comp. Asbestos

**Foreclosures:**
☐ Utilize Separate Foreclosure Designation Form

**Commercial Docket:**
☐ 1386 Commercial Docket
☐ 1387 Commercial Docket with Foreclosure

**Administrative Appeals:**
☐ 1540 Employment Services
☐ 1551 Other

**Other Civil:**
☐ 1500 Replevin/Attachment
☐ 1382 Business Contract
☐ 1384 Real Estate Contract
☐ 1388 Consumer Debt
☐ 1390 Cognovit
☐ 1391 Other Contracts
☐ 1490 Foreign Judgment
☐ 1491 Stalking Civil Protection Order
☐ 1501 Misc. Other
☐ 1502 Petition to Contest Adam Walsh Act
☐ 1503 Certificate of Qualification for Employment

| Amount of Controversy: | Parties have previously attempted one of the following prior to filing: |
|---|---|
| ☐ None Stated | ☐ Arbitration |
| ☐ Less than $25,000 | ☐ Early Neutral Evaluation |
| ☐ Prayer Amount  10 million | ☐ Mediation |
| | ☒ None |

*I certify that to the best of my knowledge the within case is not related to any now pending or previously filed, expect as noted above.*

De'Joir Stokes

Firm Name (Print or type)                    Attorney of Record (Print or Type)

Address  800 First st Muskegon Mi 49440      Supreme Court #

Address  231-329-9603                        Email Address

Phone                                        Signature

**IN THE COURT OF** *Common pleas*

**Claim Form**

**CLAIMANT:**

Case Number _____
*for Court use only*

(1) De'Jour Aron-Pierre Stokes
     *claimant's first and last name*

(2) 03-14-91
     *date of birth*

(3) 800 First st (Mailing)
     *street address*

(4) Muskegon       MI      49440
     *city*          *state*      *zip*

(5) (231-329-9603)
     *telephone*           *area code*

(6) DXNE2000.DS @ Gmail.com
     *Email address*

NOTE: if you move or change telephone numbers you must give
the Court written notice of the new address or telephone number

*(Your claim may be DISMISSED if the Court cannot contact you.)*

**STATE AGENCY OR DEPARTMENT:**

(7) City Dogs / Animal control (Kennels)
     *defendant state department, board, commission, etc*

(8) 9203 Detroit Ave, cleveland
     *street address*

(9) Cleveland    Ohio    44102
     *city*          *state*      *zip*

(10)  Location where injury, damage, or loss occurred.

     Inside Kennels (city Dogs)

(11)  Date and time when injury, damage, or loss occurred.

     originally 03-11-25 araund 3-5:30pm. Second time 06/23/25

(12)  Describe in ordinary language the basis of the claim.

     Fabrication of Evidence, violation of § 603.05 + 603.04
     Abuse of process, police misconduct, conversion /
     ~~trespass trespass~~, Animal cruelty, violation to
     forced/controlled/
     deprived

Page 1 of 3

Rev. 3/2024

COURT OF Common pleas

**(12)** Continued

(RFRA) HB376 (causing a Burden on my religious pratice.) as well as Emotional Distress, Finacial Hardship, violation of my first ~~amenmet~~ Amendment (Free Exercise clause.)

Also I have a video of me telling them no and the cheif contened her reckless behavior, forcing the vet there at Kennels to ~~on~~ cause un-wanted harm to my (De'joir) service Dog, causing animal cruelity.

**(13)** Describe your injury, **damage** or loss.

~~I will explain~~ each point that this claim states ~~on the~~ next ten Attached papers.

list each item separately and attach any bill or receipt

**(14)** The total for my claim is $ 10 million as well as disciplinary actions.

The witnesses, if any, to the injury, damage or loss are **(15)** _____

Fill in name and address

**COURT OF Common Pleas**

**(16)** It's a Service Dog
I (circle the appropriate word or phrase)/have/~~do not have~~ insurance coverage for the injury, damage or loss with the

**(17)** _____ n/a _____
fill in company name and address and policy number

The policy has a **(18)** $ _n/a_

I (circle the appropriate word or phrase)/have/have not/ received insurance payment(s) in the amount of _____ deductible provision.

**(19)** $ _10 million total for case_ as a result of the incident described above. (see instructions). I ask the Court to grant a judgment in the amount stated in blank (14).

**(20)** If you are a Medicare or Medicaid beneficiary, please list your Medicare or Medicaid number below

_____ CoCF1-DT4-KA33 _____

If the amount exceeds $10,000.00 the Court may require that a civil rules complaint be filed. Under the penalties of perjury and falsification, I state that I have read or had read to me the above complaint and that it is true. Further, I expressly waive, on behalf of myself and of any person who shall have any interest in this claim, all provisions of law forbidding any physician or other person who has heretofore attended or examined me, or who may hereafter attend or examine me from disclosing any knowledge or information which they thereby acquired.

**(21)** _[signature]_
signature of claimant (see instructions)

**BE SURE TO INCLUDE FILING FEE AND TO GIVE THE COURT WRITTEN NOTICE OF ADDRESS CHANGES (see Instructions)**

NOTE: Claimant need not have an attorney. If claimant files the complaint without an attorney, claimant completes Blank (21). If claimant files through an attorney, claimant signs Blank (21) and the attorney signs Blank (22) and completes Blanks (23) through (25).

Pursuant to Civil Rule 11, I state I have read the above complaint; that to the best of my knowledge, information, and belief there is good ground to support it; and that it is not interposed for delay.

**(22)** _____
signature of claimant's attorney

**(23)** _____
street address

**(24)** _____
city        state        zip

**(25)** _____
telephone                area code

SEND COMPLETED FORM & $25 FILING FEE TO:  Ohio Court of Claims
Thomas J. Moyer Ohio Judicial Center
65 South Front Street, 3rd Floor
Columbus, Ohio 43215

Rev. 3/2024
Electronically Filed 08/07/2025 11:08 / / CV 25 122341 / Confirmation Nbr. 3578651 / CLAJB

Court of Common Pleas

<u>Claim Explanations</u> (SP)                    07-18-25

1.) Abuse of process, Fabricating Evidence.
a. the fact the worker and officer told
me I would lose my service Dog if I didn't
get her in a 2 days of notice, As well as
trying to to adopt my service Dog out.
b) telling me she (mage) has to be micro-chip
in order to be returned & it's a requirement.
that law is for Run-aways and vicious Dogs
~~brough~~ there 3 or more times, not a Dog
that had a police report out about it being <u>stolen</u>!!!

2.) Conversions
a) depriving me of my stolen service Dog
b). Fored/manipulateed the law to micro chip my Dog.

3) violation of 1st amendment & (RFRA) HB376
a). I told them I Did not want that chip in
(DeJin)
my service Dog due to religion. The officer
refused to hear me & still forced and
manipulated the laws to chip my service Dog.

4) Emotional Distress
a.) I've been pissing on myself as well
rashes covered my body.



Dj S Service animal letter…



**Joanne Nemecek, LMSW**

2020 Raybrook Ave SE, Suite 305
Grand Rapids, MI 49546
Phone (616) 202-4444
Fax (844) 848-9346

July 12, 2023

To Whom it May Concern:

De'Joir Stokes, (D.O.B. 3/14/1991) is my client, whom I am treating for a life-limiting disability. I support their use of a service dog for their disability.

Sincerely,

*Joanne Nemecek, LMSW-C*

Joanne Nemecek, LMSW-C

Electronically Filed

 Menu    D ▾    ⎆ Log out

# MR BRAIN WO CONTRAST

Collected on March 12, 2024 8:39 AM

🖶

ⓘ Not yet reviewed by care team. See details

## Results

### Impression

1. Numerous small nodular white matter lesions highly suggestive of multiple sclerosis in a patient of this age. See above.
2. Left maxillary sinusitis.
-------- FINAL REPORT --------
Dictated By: Kaurich, J David
Dictated Date: 03/12/2024 08:39
Assigned Physician: Kaurich, J David
Reviewed and Electronically Signed By: Kaurich, J David
Signed Date: 03/12/2024 11:53
Workstation ID: MSPVPRW1003
Transcribed By: NTS_Thomas, Sara 198001632 A
Transcribed Date: 03/12/2024 10:19

### Narrative

MRI brain without contrast

INDICATION: Left-sided weakness

No similar comparisons

FINDINGS: Multiecho multiplanar imaging is obtained. Midline brain structures appear unremarkable. Ventricles are unremarkable with respect to size, shape and symmetry. There is no midline shift or mass effect. On T2 and FLAIR weighted images there are multiple small nodular foci of hyperintense signal involving both cerebral

 Menu    D ▾    ⎆ Log out

Transcribed Date: 03/12/2024 10:19

### Narrative

MRI brain without contrast

INDICATION: Left-sided weakness

No similar comparisons

FINDINGS: Multiecho multiplanar imaging is obtained. Midline brain structures appear unremarkable. Ventricles are unremarkable with respect to size, shape and symmetry. There is no midline shift or mass effect. On T2 and FLAIR weighted images there are multiple small nodular foci of hyperintense signal involving both cerebral hemispheres. In a patient of this age, demyelinating disease such as multiple sclerosis is considered. Less likely would be chronic small vessel ischemic changes in a person with predisposition to microvascular disease. No cortical-based abnormalities demonstrated. There is mucosal thickening and an air-fluid level within the left maxillary sinus.

 Want more information about MR BRAIN WO CONTRAST?
Learn more

Additional information ⌄

Back to Test Results list

Interoperability Guide   Terms and Conditions   Contact Us   High Contrast Theme
MyChart® licensed from Epic Systems Corporation© 1999 - 2024

USASD-IDCard.pdf



**USA SERVICE DOGS**
usaservicedogs.org

*Dog Name:*
Mage Ventra
*Handler:*
Dejoir Stokes

ID #30734099

The ADA requires businesses to allow people with disabilities to bring their service animals onto business premises in whatever area customers are generally allowed.

**Access Problems? Call 800-514-0301**

**SERVICE DOG**

**Service Dogs** are protected by the ADA in all 50 states. You may only ask:

■ Is this a Service Dog?

■ What task(s) does the dog perform?

Under the Americans with Disabilities Act, a person with a disability cannot be denied access or ejected from the premises unless (1) the animal is causing an undue hardship to the business or (2) the animal poses a direct threat to the health or safety of others. Denying equal access to people with disabilities with service animals, including access to restaurants and public places, regardless of local health codes, is a violation of federal law. Violators of the ADA are required to pay monetary damages.

**Access Problems?**
ADA Hotline 800-514-0301

USASD Replacement ID Card 888-656-3647
Travel - U.S.D.O.T. Hotline 800-778-4838





**(216) 835-8234**

Hello

9203 Detroit Cleveland, Ohio

The fee is $41 for dog license/microchip. You'll need your id

I ain't got $41 and you know that I'm living in my car all I have is the money to come get my service dog and she better not be microchipped you didn't have our authorization to microchip my

Animal

Well due to indigency I don't have the money for it I live in my car off of disability I don't even got money for food right now because I've used every bit of money

She has her license she is a registered service animal

We cannot waive that fee. We are already waiving the impound fee. Per our city ordinance she has to leave with a dog incense and a microchip. That is non negotiable

You have a dog license for 2025 for the

---

**(216) 835-8234**

You have a dog license for 2025 for the county you live in?

She's not getting f***** in microchipped you're not going to tell me I got a microchip my service center you shouldn't have f****** took her and she has license

Ok then you won't be able to claim her.

Yes I will

She is a medical psychiatric service animal I'll be damned you tell me I can't claim my service animal

Ok then you'll need the $41 for the license and chip

And she will get her license once we get back home

She can't leave her without one

I will not continue this conversation. That is the end of story.

Which the license information I have the only



**(216) 835-8234**

off in the world

Y'all don't know s*** about me or what's best for me so don't use an example for me with my f****** service dog and my health I don't give a f*** if everybody else their dog to have a chip I don't want you putting a goddamn tip in my f****** dog I don't give a f*** if I got multiple personalities a stroke Ms heart disease all of it which I do have you don't get to make those decisions for me

She ain't getting s*** but a f****** license

**(216) 835-8234**

Which the license information I have the only thing that she has to get is a new tax that I have to go order that's all and it's certain time limits for that

And I will be suing you you can't sit here and force me to get my f****** service animal a microchip that I do not want inside of her

Unless you have a legal law that says otherwise

And I will be taking the course know that in order for you me to get my psychiatric service animal I got Force into some situations that was not a part of my life or doing or else I was going to have my medical taken away

You don't need no f****** chip in my job to know where I'm at I don't give a f*** what the feds put you on to do but you ain't going to play with my health and my service dog

You think you're being nice and trying to use me as a f****** example but it's not all it's doing is pissing everybody off in the world

Y'all don't know about me or what's best for me so don't use an example for me with



12:44

(216) 835-8234

And she has her legal service animal card by the state and federally that actually identifies her as a service animal with the certificate that I have as well that's license upon license

That is the ordinance. You will
Need your id and the $41. We will be here until 3 today.

That is not the ordinance I actually looked up the state law it is not required so however much it is for a license I can pay that but I'm

RCS    essage







11:28

codelibrary.amlegal.com

American Legal  |  eCode ALP

OH  >  ...  >  Clevel...  >  § 603.03 Impoundin...

Animals

(a)  When any unmuzzled dog, cat, or domestic animal is found at large in violation of Section 603.02, or abandoned in violation of Section 603.06, or when any dog's owner or the person in charge of control of any dog, or owner or person in charge of the premises upon which a dog is located, has violated the provisions of Section 603.04 more than three (3) times within a four (4) month period, a police officer or animal control officer shall take up and impound the dog, cat, or domestic animal in a City pound. No dog, cat, or domestic animal shall be returned from the pound until a fee of forty dollars ($40.00) is paid to the City, and the dog has both a valid County registration tag as prescribed by Section 603.05 and a microchip embedded for identification purposes. If a dog did not already have an embedded microchip at the time that it was impounded, then the animal control officer shall cause a microchip to be embedded in the dog before its return, and shall assess the person claiming the dog an additional fee of ten dollars ($10.00) for that cost.

(b)  If a police officer or animal control officer

< Previous Doc    Next Doc >



12:45

(216) 835-8234

That is the city of Cleveland ordinance

The certification is not a county dog license

You aren't paying for a microchip. I waived that fee as well. The license is $41 and will include the chip.

> Right now I'm going to get her a license but we're not staying there so why am I going to get a license for Ohio when I'm not staying in Ohio I stay in Michigan so her information needs to be registered there

> Is city ordinance ain't over state law the state law says it's not mandatory

⌄

⊕ RCS message

---

12:45

(216) 835-8234

That is not the ordinance I actually looked up the state law it is not required so however much it is for a license I can pay that but I'm not paying for no microchip and it's not one going inside of her it's not mandatory

Two I already have a license for her which is her certification that certifies her as a service animal ⌄

⊕ RCS message



12:45

(216) 835-8234

If you get a license for your county that is fine just bring it with you.

It is mandatory for the city

Right now for the license yes I know not for the microchip so I'm going to try to get the money for the license not for the microchip is she better not be microchip only license

Well I would have had one if you would have told me last minute that I needed a license and to pay for stuff once you found out that I was on my way cuz you felt some way

If you bring the current 2025 license with you there will be no charge and we will just do the microchip free of charge

You know goo  well y'all have my license her li  se was on her in the

RCS message

12:46

(216) 835-8234

You know good well y'all have my license her license was on her in the picture when she was taken so you guys tried to wrap some string around her to make it look like somebody homeless had her

So yeah you're not going to try to have me pay $41 for the microchip and then give me back my license that was already on her

We're done with this conversation. be here by 3 with the $41 and your id

No we're not I would like to know who I'm talking to by chance also it's free for a license for a service animal the only thing I have to pay for is the rabies

It's on  website as well too

RCS message



12:46

(216) 835-8234

No we're not I would like to know who I'm talking to by chance also it's free for a license for a service animal the only thing I have to pay for is the rabies

It's on your website as well too

So I would like to know who I'm talking to so when I report this and take this to court

You put a chip in my dog are you getting rid of my psychiatric service animal for my multiple personalities the first one ever you're going to have some issues.

Has she been there already have a chip ... ner hence why

RCS message



**12:47**

**OHIO LAWS**
LEGISLATIVE SERVICE COMMISSION

The Legislative Service Commission staff updates the Revised Code on an ongoing basis, as it completes its act review of enacted legislation. Updates may be slower during some times of the year, depending on the volume of enacted legislation.

## Section 955.011 | Registration for guide, leader, hearing or support dogs to be free and permanent.

Ohio Revised Code /
Title 9 Agriculture-Animals-Fences /
Chapter 955 Dogs

Previous    Next ▶

*Effective: October 3, 2023*
*Latest Legislation:*
*House Bill 33 - 135th General Assembly*
*PDF: Download Authenticated PDF*

(A) When an application is made for registration of an assistance dog and the owner can show proof by certificate or other means that the dog is an assistance dog, the owner of the dog shall be ex___ from any fee for the registration. Re___ion for an assistance dog shall be



**12:47**

**OHIO LAWS**
LEGISLATIVE SERVICE COMMISSION

(A) When an application is made for registration of an assistance dog and the owner can show proof by certificate or other means that the dog is an assistance dog, the owner of the dog shall be exempt from any fee for the registration. Registration for an assistance dog shall be permanent and not subject to annual renewal so long as the dog is an assistance dog. Certificates and tags stamped "Ohio Assistance Dog-Permanent Registration," with registration number, shall be issued upon registration of such a dog. Any certificate and tag stamped "Ohio Service Dog-Permanent Registration," with registration number, that was issued for a dog in accordance with this section as it existed on and after November 26, 2004, but prior to June 30, 2006, shall remain in effect as valid proof of the registration of the dog on and after November 26, 2004. Duplicate certificates and tags for a dog registered in accordance with this section, upon proper proof of loss, shall be issued and no fee re___ Each duplicate certificate and tag that is issued shall be stamped "Ohio Assistance Dog-

Top ⌃



**Left screen:**

(216) 835-8234

Okay who's who am I talking to now though because either way this is going to court because by your Ohio laws it's not required or a mandatory for a microchip as well as the license to be paid for for a service animal that's why I said I had the service card which actually verifies and shows who she is as a service animal

I can pay for rabies not microchip her L's is free

It's a CITY ordinance.

Chief will talk to you when you get here.

Will city orḋ nce ain't over

RCS message

**Right screen:**

(216) 835-8234

It's a CITY ordinance.

Chief will talk to you when you get here.

Will city ordinance ain't over the state law and the FDA and Ada

And they state that it's not mandatory it's recommended and two I don't want it in her it goes against my religious beliefs and you're not going to make me go against my religious beliefs or mislead me and gas like me knowing that I have mental health issues

Well you can send your chief both those links Describing the law not like to know your Chief's name because I'm reporting everybody in this situation When I go right now as I'm going to go turn in this information to the courts

RCS message



requested that the dog remain in the pound or animal shelter until the owner, harborer, or keeper redeems the dog. The time for such redemption shall be not more than forty-eight hours following the end of the appropriate redemption period.

Any dog not so redeemed may be adopted out or donated to any person, including a nonprofit special agency that is engaged in the training of any type of assistance dogs or to a nonprofit teaching or research institution or organization that is certified by the director of health as being engaged in teaching or research concerning the prevention and treatment of diseases of human beings or animals. The county dog warden may charge an adoption fee for any dog that is adopted. Except as provided in division (B) of this section, no dog shall be discharged from the pound or animal shelter until the animal has been registered and furnished with a valid registration tag.

**Top** ⌃

(B) Any dog that is donated to a nonprofit special

Section 955.16 - Ohio Revised Code | Ohio Laws
codes.ohio.gov

These are all highlighted laws and this whole conversation will be going screenshot it to court just to let you guys know in advance so I'm trying to give you time to settle now

Cuz I will be asking for monetary relief as well as my service animal for this in compensation

Tuesday, Jun 24 · 12:15 PM

Organettes

I need a copy and exactly where it says that in the ordinance again

And it's funny how funny it's funny how fast the feds hopped on the f****** government line too for y'all

Tuesday · 5:02 PM

RCS message



12:50

(216) 835-8234

See u in court

Wednesday • 12:02 AM

I definitely need that money back because I need that money to get her kennel cough treatment even that's the one thing you guys will not get in trouble for because you at least had a paper that talked about kennel cough being in your guys's area even though it's something you guys should take care of bleach them down take the dogs out

Wednesday • 9:00 AM

Yeah so I need her original license that you guys had and I need that money back because it ain't a new license she's been a f****** service dog for years now and two you charge and put a chip in her after I told you I did not want it in her after her information to her haven't heard vaccinations was online especially since I have the paperwork proven that she had it done so I know that all that information is in there because y'all got to keep that information in your database

And like I said you ain't slick or funny trying

RCS message

12:50

(216) 835-8234

And like I said you ain't slick or funny trying to give her back in the middle of her having her period knowing that I had no money stuck outside in the middle of a heatwave now if I go over there and go f*** some of your s*** up I'd be wrong wouldn't I

Wednesday • 5:18 PM

Yea I need my money back plus u put that inside her after I said no n had her rabies info

Thursday • 7:21 AM

?

Hello

Friday • 6:39 AM

This is the last time trying to settle with you guys on the fabricating evidence , police misconduct, trespass to cattle , animal cruelty , and violating §603.04 & 603.05. I keep trying to contact you to talk about a settlement. I will be going to the courts to ask for a decent amount amount due to the severity and nature of this situation.

6:39 AM

RCS message



OF CLEVELAND DIVISION OF ANIMAL CARE & CONTROL
DETROIT AVENUE, CLEVELAND, OH 44102
664-3069 / FAX: (216) 348-7359
ANIMALSERVICES@CLEVELANDOHIO.GOV

**No. 25954**

Date: 6·24·2025
Control #: 2026068
Page #: 202  DOG LICENSE # 58827
Date Impounded: 6·22·2025
Name: DeJa Stille
Address: 800 First St
City: Muskegon  State: MI  Zip: 49503
Phone Number: 231-329-9603
Email: Date2000.DSa@gmail.com
Signature:

Credit: _____  Cash: X
RTO fee: _____
Adopt fee: _____
Micro-chip fee: _____
$20 per day fee: 20.00
License fee: 1.00
Other fee: _____
Donation: _____
TOTAL: 21.00

it's your
chip registry
ever goes

tly generat
t poster to
d your pet

for your

t services







Cleveland Animal Care & Control
9203 Detroit Avenue
Cleveland, OH 44102
216-664-3069 / 216-664-3476

## 77 "Mage Ventra"

**Animal #:** A0058761110
**Chip #:** 941010002456828

**ARN:** 202068

Make sure they can always find their way home with 24Petwatch lost pet
recovery services. For more information visit www.24Petwatch.com or call 1-866
-597-2424.

## Animal Description:

**Stage:** Released

**Location:** Released/

Review Date:

**Intake Type:** Stray/ACO Pickup

Intake Date: 6/22/2025 3:28:00 PM

**Breeds:** Retriever,
Labrador/Hound

**Age:** 2y 3d

**Sex:** Female

**Colors:** Brown/White/

**Marks:** None

Weight: 50.00 pound

### Pet ID Info:

| Pet ID Number | ID Type | Issue Date | Expire Date | Issuer | Issuer Phone Number |
|---|---|---|---|---|---|
| 58827 | License Tag | 6/24/2025 | 1/31/2026 | CACC | 2166643069 |

### Medical Summary

| Medical Record # | Type | Subtype | Medical Status | Temperament Status | Exam/ Surgery Date | Review Date |
|---|---|---|---|---|---|---|
| M0082666926 | Exam | Intake Exam | Cleared | Nice | 6/22/2025 3:42:00 PM | 6/29/2025 3:42:00 PM |

**Vitals:** 50.00 pound

**Notes:** Scanned for microchip and vaccinated during intake exam (DHLPP, Bord, and Coronavirus vx)
Microchip: NONE
Overall Appearance: BAR
Gender: FEMALE Intact: UNKNOWN
BCS 4/9
WNL, NICE GIRL.

| Conditions | Type | Noted Date | Body Part | Resolution Date | Review Date | Record # |
|---|---|---|---|---|---|---|

| Vaccinations | Type | Vaccination Date | Re-Vac Date | Pet ID | Pet ID Type | Record # |
|---|---|---|---|---|---|---|
| DAPPL2+Corona Initial | Modified Live + Killed | 6/22/2025 3:42:00 PM | 7/6/2025 3:42:00 PM | | | M0082666926 |
| Bordetella Oral Initial | Avirulent Live culture | 6/22/2025 3:42:00 PM | 6/22/2026 3:42:00 PM | | | M0082666926 |

br. 3578651 / CLAJB

I◁   ‹   ·1   of 1   ›   ▷I   ↩   🖫 ⌄   🖶

**Return to Owner Agreement - Jun 24, 2025**

Tel.: 216-664-3069 / 216-664-3478

Cleveland Animal Care & Control
9203 Detroit Avenue
Cleveland, Ohio 44102 USA
citydogs@city.cleveland.oh.us
http://www.tinyurl.com/meetacitydog

**Dejoir Stokes**
800 First st
Grand Rapids, Michigan 49503 USA

Person ID: P47829996
Tel: 231-329-9603
dxae2000.ds@gmail.com

**Animal Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| Animal ID: | A0058761110 | Name: | 77 "Mage Ventra" | Types: | Dog | Gender: Female |
| ARN: | 202068 | DOB: | 6/21/2023 | Breeds: | Retriever, Labrador/Hound | Altered: No |
| Chip #: | 941010002456828 | Current Age: | 2y 3d | Colors: | Brown/White | Size: Medium |
| Type: | 24PetWatch | Age Group: | Adult | Pattern: | | Weight: 50.00 pound |

# CITY OF CLEVELAND DIVISION OF ANIMAL CARE & CONTROL

9203 Detroit Ave., Street Cleveland, Ohio 44113

216-664-3069

## ANIMAL OWNER AGREEMENT

IMPOUND DATE: 6·22· 2025   RECEIPT NO: 25954

CAGE: 77

I agree to abide by all laws in the City of Cleveland, County of, Cuyahoga, and State of Ohio with regard to the care and maintenance of my pet, including licensing my pet each year with the County of Cuyahoga.

I am aware that there are low cost spaying/neutering options for City residents.

OWNER'S SIGNATURE _Dejoun Stot_   DATE: 06-22-25

I understand that animals entering a kennel environment may be exposed to illnesses such as kennel cough, and that no guarantee can be made regarding the health of my animal. I have been informed that my animal IS / IS NOT (circle one) currently on medications, prescribed by the City's Veterinarian. If my animal is currently on medications, I have DECLINED / ACCEPTED (circle one) the option to purchase the remaining prescribed medication. I understand that I am responsible for following up with my _____ Veterinarian for any condition diagnosed or undiagnosed by the City's Veterinarian.

DATE: 6-2-2025

Tel: 216-664-3069 / 216-664-3476

Cleveland Animal Care & Control
9203 Detroit Avenue,
Cleveland, Ohio, 44102, USA
citydogs@city.cleveland.oh.us
http://www.tinyurl.com/meetacitydog

Person ID: P0047829996
Tel: 231-329-9603
dxae2000.ds@gmail.com

Dejoir Stokes
800 First st
Grand Rapids, MI, 49503 , USA

Cash Drawer License Admin

| | | | |
|---|---|---|---|
| **ReceiptID:** | 29367915 | **Create Date:** | 06/24/2025 11:58:00 AM |
| **Created By:** | wbrooks | **Print Date:** | 06/24/2025 11:58:33 AM |
| **Closing #:** | | **Close Date:** | |

Animals

| ID | ARN | Name | Species | Primary Breed | Gender | Color | ID Number | Issuer |
|---|---|---|---|---|---|---|---|---|
| 58761110 | 202068 | 77 "Mage Ventra" | Dog | Retriever, Labrador | F | Brown | 941010002456828 | 24PetWatch |

Items

| IRN / UPC #'s | Item | AnimalID | Unit Price | Units | Late Fee | Discount | SubTotal | Tax | | Item total |
|---|---|---|---|---|---|---|---|---|---|---|
| | License New Dog CC | 58761110 | $21.00 | 1 | | 0.00% $0.00 | $21.00 | 0.000% $0.00 | 0.000% $0.00 | $21.00 |

| Totals | | | | | | Total Discount | Subtotal | Total Tax | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | $21.00 | $0.00 | $21.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Reference:** | | **Gift Card Paid:** | $0.00 | | **Total Due:** | $21.00 |
| **Cash:** | $21.00 | **Gift Card Type:** | | | | |
| **Check:** | $0.00 | **Gift Card #:** | | | **Total Paid:** | $21.00 |
| **Debit:** | $0.00 | **Voucher Paid:** | $0.00 | | **Change Given:** | $0.00 |
| **Credit Card:** | $0.00 | **Voucher Type:** | | | **Previous Balance:** | $0.00 |
| **Credit Card Type:** | | **Voucher #:** | | | **Balance:** | $0.00 |

Receipt Notes



# AFTER VISIT SUMMARY

Dejoir A. Stokes  DoB: 3/14/1991

SPECTRUM HEALTH
The Medical Group



**SOCIAL SECURITY ADMINISTRATION**



Office of Hearings Operations
STE 200
1925 Breton Rd SE
GRAND RAPIDS, MI 49506

Date: September 11, 2023

Dejoir A Stokes
851 Isabella Ave
Muskegon, MI 49441

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision and decide if you meet the non-disability requirements for Supplemental Security Income payments. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal, you or your representative must ask in writing that the Appeals Council review my decision. The preferred method for filing your appeal is by using our secure online process available at https://www.ssa.gov/benefits/disability/appeal.html.

You may also use our Request for Review form (HA-520) or write a letter. The form is available at https://www.ssa.gov/forms/ha-520.html. Please write the Social Security number associated with this case on any appeal you file. You may call (800) 772-1213 with questions.

Please send your request to:

**Social Security Administration**
**Office of Appellate Operations**
**6401 Security Blvd**
**Baltimore, MD 21235-6401**

Form HA-L76 (07-2023)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

Dejoir A Stokes (BNC#: 21HL095J82550)                    Page 2 of 3

### Time Limit To File An Appeal

You must file your written appeal **within 60 days** of the date you get this notice.  The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

### What Else You May Send Us

You or your representative may send us a written statement about your case.  You may also send us new evidence.  You should send your written statement and any new evidence **with your appeal**.  Sending your written statement and any new evidence with your appeal may help us review your case sooner.

### How An Appeal Works

The Appeals Council will consider your entire case.  It will consider all of my decision, even the parts with which you agree.  Review can make any part of my decision more or less favorable or unfavorable to you.  The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J) and Part 416 (Subpart N).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do.  If the Appeals Council denies your appeal, my decision will become the final decision.

### The Appeals Council May Review My Decision On Its Own

The Appeals Council may review my decision even if you do not appeal.  They may decide to review my decision within 60 days after the date of the decision.  The Appeals Council will mail you a notice of review if they decide to review my decision.

### When There Is No Appeals Council Review

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final.  A final decision can be changed only under special circumstances.  You will not have the right to Federal court review.

Dejoir A Stokes (BNC#: 21HL095J82550)                                    Page 3 of 3

**If You Have Any Questions**

1. Visit www.ssa.gov for fast, simple, and secure online service.

2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this notice and decision when you call.

3. You may also call your local office at (877) 319-5710.


SOCIAL SECURITY
3045 KNAPP ST NE
GRAND RAPIDS, MI 49525-5621


Nicholas Ohanesian
Administrative Law Judge


Enclosures:
Decision Rationale
Form HA-L15 (Fee Agreement Approval)


cc:    JAMES RICHARD RINCK
       146 MONROE CENTER NW
       SUITE 1108
       GRAND RAPIDS, MI 49503

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

<table>
<tr>
<td>

**IN THE CASE OF**

Dejoir A Stokes
_____
(Claimant)

_____
(Wage Earner)

</td>
<td>

**CLAIM FOR**

Period of Disability, Disability Insurance
Benefits, and Supplemental Security Income
_____

21HL095J82550
_____
(Beneficiary Notice Control Number)
*Social Security Number removed for your protection*

</td>
</tr>
</table>

## JURISDICTION AND PROCEDURAL HISTORY

This case is before me on a request for hearing dated August 29, 2022 (20 CFR 404.929 *et seq.* and 416.1429 *et seq.*).  On September 8, 2023, I held a telephone hearing.  All participants attended the hearing by telephone.  The claimant agreed to appear by telephone before the hearing and confirmed such agreement at the start of the hearing.

Atty. Jim Rinck is the representative. David Peterson, Ph.D., testified in his capacity as an impartial medical expert. Michelle Ross was the impartial vocational expert.

The claimant is alleging disability since February 28, 2019. The claimant had several previous applications for disability and two of those went to the hearing level. These are not binding in terms of the Drummond and Dennard rulings. The hearings were in the remote past and the claimant has entirely different medical issues now and he has worked for many years at the SGA level.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, I make the following findings:

**1.    The claimant's date last insured is June 30, 2027.**

**2.    The claimant has not engaged in substantial gainful activity since February 28, 2019, the alleged onset date (20 CFR 404.1520(b), 404.1571 *et seq.*, 416.920(b) and 416.971 *et seq.*).**

There was some sporadic work after the onset. That did not arise to the SGA level.

Dejoir A Stokes (BNC#: 21HL095J82550)                    Page 2 of 4

**3.    The claimant has the following severe impairments: Trauma and stressor disorder (PTSD); dissociative identity disorder; history of alcohol and cannabis abuse(20 CFR 404.1520(c) and 416.920(c)).**

**4.    The severity of the claimant's impairments medically meets the criteria of section 12.15 of 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525, 416.920(d) and 416.925).**

In making this finding, I have considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and 416.929 and SSR 16-3p.

I also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c and 416.920c. The testimony from impartial mental health expert Dr. Peterson is found very persuasive. Dr. Peterson noted the claimant has long standing trauma issues emanating from childhood. He has dissociative identity issues, and a service dog has been provided to help him out of those moments. She has a history of unstable interpersonal relationships as demonstrated within the jobs he had as well as displayed in the counseling records. He adaptive functioning shortfalls are illustrated by his reluctance to fully engage in treatment and his attempts at self-medicating. Dr. Peterson explained that the claimant uses alcohol and marijuana as that seems, at least to the claimant, to be a proper means of dealing with his deeply ingrained mental health issues.

As for the subject of the polysubstance abuse, there is not a period of sobriety sufficient to evaluate how he would function without the presence of either of these. Hence, given the regulations in that area, the polysubstance abuse is not material.

There is a gap in his records here, with the first treatment showing in April 2021 and the onset date falling in 2019. This is actual consistent with how he functions. The claimant has had these issues since adolescence. He basically avoids treatment because he does not want to have to recall all of the trauma endlessly. Dr. Peterson noted the claimant was avoidant of treatment, and this further supports the inference of the impairments relating back to well before the treatment commencing. The claimant had multiple applications for disability in the past as well with those presumably having this same sequence of treatment avoidance and self-medication. Dr. Peterson is much more persuasive than the information from the DDS at 1A to 8A. The DDS information is quite remote now, as the reconsideration was processed 20 months ago, and the claimant's situation has not improved even though he is slightly more compliant with treatment now.

The claimant meets with Joanne Nemecek, LMSW, for counseling regularly. Th claimant began with this treating source 1/31/2022. He described situations where he dissociated, and he has additional diagnoses of PTSD, psychotic features, and major depression. The claimant has had multiple jobs and he is able to present well enough to secure employment. These situations take a turn for the worse quickly once he starts working. He lacks the capacity to handle stress. He will actually lose periods of time and is unable to recall what happened during the period where he is not focused. He is not trained at a job where he could avoid stress and the jobs, he does get all cause him to decompensate as he cannot deal with the public or peers. The claimant's situation is

See Next Page

Dejoir A Stokes (BNC#: 21HL095J82550)                              Page 3 of 4

worse now given that he is living out of his car. He has no residence and that just makes his entire existence more stressful.

The severity of the claimant's impairments meets the criteria of section 12.15. The "paragraph A" criteria are satisfied because the claimant has long term trauma and stressor disorder and dissociative identity.  The "paragraph B" criteria are satisfied because the claimant's impairments cause a mild limitation in understanding, remembering, or applying information; a marked limitation in interacting with others; a mild limitation in concentrating, persisting, or maintaining pace; and a marked limitation in adapting or managing oneself.

He was admitted to Pine Rest mental health 4/2/21. He was in the midst of a psychotic episode per these notes. He was hearing conversations when nobody was actually around. He was tearful and depressed. He had begun using marijuana, cocaine, and alcohol to cope. He wanted to suicide but he said he could not find pills so he was looking for a place where he could hang himself according to these notes (ex. 2F). The claimant met with Mr. Cashbaugh for a mental health examination. This report, at 4F, is not overly persuasive given the vague opinion offered by the examining source.

During the hearing the claimant testified that he has had difficulty holding a job. Looking at his earnings history within the D section documents, the claimant has obviously tried to work. During some years he has had 4 or 5 employers. He has never earned more than 14,000 per year, and even when he earned that much in a single year, he did it by working at perhaps 5 employers with each job lasting a month or two.

**5.   The claimant has been under a disability as defined in the Social Security Act since February 28, 2019, the alleged onset date of disability (20 CFR 404.1520(d) and 416.920(d)).**

**6.   The claimant's substance use disorder(s) is not a contributing factor material to the determination of disability (20 CFR 404.1535 and 416.935).**

Applying the sequential evaluation process a second time, the claimant's other impairments would not improve to the point of nondisability in the absence of the substance use disorder(s).


Accordingly, the claimant would still be disabled in the absence of the substance use disorder(s).

## DECISION

Based on the application for a period of disability and disability insurance benefits filed on May 11, 2021, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since February 28, 2019.

Based on the application for supplemental security income filed on May 11, 2021, the claimant has been disabled under section 1614(a)(3)(A) of the Social Security Act since February 28, 2019. Supplemental security income does not become payable until the month after the month in which the application is filed (20 CFR 416.335).

Dejoir A Stokes (BNC#: 21HL095J82550)                    Page 4 of 4

The component of the Social Security Administration responsible for authorizing supplemental security income will advise the claimant regarding the nondisability requirements for these payments and, if the claimant is eligible, the amount and the months for which payment will be made.

Medical improvement is expected with appropriate treatment.  Consequently, a continuing disability review is recommended in 36 months.

It is recommended that a determination be made concerning the appointment of a representative payee who can manage payments in the claimant's interest.

/s/ *Nicholas Ohanesian*
_____
Nicholas Ohanesian
Administrative Law Judge

September 11, 2023
_____
Date

# SOCIAL SECURITY ADMINISTRATION
## Office of Hearings Operations

# ORDER OF ADMINISTRATIVE LAW JUDGE

| | |
|---|---|
| **IN THE CASE OF** | **CLAIM FOR** |

<table>
<tr><td></td><td>Period of Disability, Disability Insurance<br>Benefits, and Supplemental Security Income</td></tr>
<tr><td>Dejoir A Stokes<br>(Claimant)</td><td></td></tr>
<tr><td></td><td>21HL095J82550</td></tr>
<tr><td>(Wage Earner)</td><td>(Beneficiary Notice Control Number)<br><i>Social Security Number removed for your protection</i></td></tr>
</table>

I approve the fee agreement between the claimant and his representative subject to the condition that the claim results in past-due benefits.  My determination is limited to whether the fee agreement meets the statutory conditions for approval and is not otherwise excepted.  I neither approve nor disapprove any other aspect of the agreement.

**YOU MAY REQUEST A REVIEW OF THIS ORDER AS INDICATED BELOW**

**Fee Agreement Approval:** You may ask us to review the approval of the fee agreement.  If so, write us within 15 days from the day you get this order.  Tell us that you disagree with the approval of the agreement and give your reasons.  Your representative also has 15 days to write us if he or she does not agree with the approval of the fee agreement.  Send your request to this address:

> **Regional Chief Administrative Law Judge**
> **SOCIAL SECURITY**
> **SSA Oho Regional Ofc 6**
> **600 W Madison St**
> **Chicago, IL  60661-2406**

**Fee Agreement Amount:** You may also ask for a review of the amount of the fee due to the representative under this approved fee agreement.  If so, <u>please write directly to me as the deciding Administrative Law Judge</u> within 15 days of the day you are notified of the amount of the fee due to the representative.  Your representative also has 15 days to write me if he/she does not agree with the fee amount under the approved agreement.

Form HA-L15 (11-2022)

See Next Page

Dejoir A Stokes (BNC#: 21HL095J82550)                          Page 2 of 2

You should include the social security number(s) associated with this claim on any papers that
you send us.

/s/ *Nicholas Ohanesian*
_____
Nicholas Ohanesian
Administrative Law Judge

September 11, 2023
_____
Date

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

DE'JOIR STOKES
**Plaintiff**

**V.**

CITY DOGS ANIMAL CONTROL
**Defendant**

**CASE NO.** CV25122341

**JUDGE** JENNIFER O'DONNELL

# SUMMONS  SUMC  CM

Notice ID: 57768927



| From: | DEJOIR A STOKES | P1 |
| | 800 FIRST ST (MAILING) | |
| | MUSKEGON MI 49440 | |

| Atty.: | DEJOIR A STOKES |
| | 800 FIRST ST (MAILING) |
| | MUSKEGON, MI 49440 |

| To: | CITY DOGS ANIMAL CONTROL | D1 |
| | (KENNELS) | |
| | 9203 DETROIT AVE | |
| | CLEVELAND OH 44102-0000 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>08/07/2025</u>

By_____
**Deputy**

CMSN130

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 08/18/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3551 9702 68. Our records indicate that this item was delivered on 08/11/2025 at 02:22 p.m. in CLEVELAND, OH 44102. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **9203 DETROIT AVE,**
**CLEVELAND, OH 44102**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      Case   CV25122341
CV25122341 / 57768927 / CITY DOGS ANIMAL CONTROL / 2025-8-20 05:16  Sent To:  9203 DETROIT AVE  CLEVELAND, OH 441020000



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: AFFIDAVIT OF INDIGENCY**
**August 7, 2025 11:08**

Confirmation Nbr. 3578651

DE'JOIR STOKES                              CV 25 122341

vs.

                                **Judge:**  JENNIFER O'DONNELL

CITY DOGS/KENNELS (ANIMAL CONTROL)

**Pages Filed:**  3

**FORM 20. CIVIL FEE WAIVER AFFIDAVIT AND ORDER**

IN _Common Pleas Court of Cuyahoga County, Ohio_

De'Joir Aron Pierre Stokes

      Plaintiff,

      vs.

City Dogs / Ohio Animal Control / Kennels

      Defendant.

CASE NO.

JUDGE

**FINANCIAL DISCLOSURE / FEE-WAIVER AFFIDAVIT AND ORDER**

Pursuant to R.C. 2323.311, the below-named Applicant requests that the Court determine that the Applicant is an indigent litigant and be granted a waiver of the prepayment of costs or fees in the above captioned matter. The Applicant submits the following information in support of said request.

| Personal Information | |
|---|---|
| Applicant's First Name<br>De'Joir | Applicant's Last Name<br>Stokes |
| Applicant's Date of Birth<br>03-14-91 | Last 4 Digits of Applicant's SSN<br>8634 |
| Applicant's Address | |

| Other Persons Living in Your Household | | | |
|---|---|---|---|
| First Name | Last Name | Is this person a child under 18? | Relationship (Spouse or Child) |
| n/a | | ☐ Yes  ☐ No | |
| n/a | | ☐ Yes  ☐ No | |
| n/a | | ☐ Yes  ☐ No | |

**Public Benefits**

I receive the following public benefits and my gross income, including the cash benefits marked below, does not exceed **187.5%** of the federal poverty guidelines.

Place an "X" next to any benefits you receive.

Ohio Works First[1]: ☐  SSI[2]: ☒  Medicaid[3]: ☒  Veterans Pension Benefit[4]: ☐  SNAP / Food Stamps[5]: ☒

**Monthly Income**

I am **NOT** able to access my spouse's income ☐

| | Applicant | Spouse (If Living in Household) | Total Monthly Income |
|---|---|---|---|
| n/a | | | |

| Gross Monthly Employment Income, including Self-Employment Income (Before Taxes) | $ 1094 | $ | $ | |
| Unemployment, Worker's Compensation, Spousal Support (If Receiving) | $ | $ | $ | |
| **TOTAL MONTHLY INCOME** | | | $ 1094 | |

| Type of Asset | Liquid Assets | Estimated Value |
|---|---|---|
| Cash on Hand | | $ 0 |
| Available Cash in Checking, Savings, Money Market Accounts | | $ 0 |
| Stocks, Bonds, CDs | | $ -1000 |
| Other Liquid Assets | | $ 0 |
| Total Liquid Assets | | $ 0 |

| **Column A** | | | **Column B** | |
|---|---|---|---|---|
| Type of Expense | Amount | | Type of Expense | Amount |
| Rent / Mortgage / Property Tax / Insurance | $ | | Insurance (Medical, Dental, Auto, etc.) | $ |
| Food / Paper Products/Cleaning Products/Toiletries | $ 300 | | Child or Spousal Support that You Pay | $ |
| Utilities (Heat, Gas, Electric, Water / Sewer, Trash) | $ | | Medical / Dental Expenses or Associated Costs of Caring for a Sick or Disabled Family Member | $ |
| Transportation / Gas / ~~Home car~~ | $ 400 | | Credit Card, Other Loans | $ |
| Phone | $ 60 | | Taxes Withheld or Owed | $ |
| ~~Child Care~~ Service Dog care | $ 200 | | Other (e.g. garnishments) Loans | $ 538 |
| Total Column A Expenses | $ | | Total Column B Expenses | $ |
| **TOTAL MONTHLY EXPENSES (Column A + Column B)** | | | | ~~1000~~ 1538 |

*Car* (handwritten note at left margin)

I, __De'Joir Stokes__, hereby certify that the information I have provided on
  (Print Name)
this financial disclosure form is true to the best of my knowledge and that I am unable to prepay the costs
or fees in this case.

_Signature_

**NOTARY PUBLIC:**
Sworn to before me and signed in my presence this __12__ day of __July__, 20 __25__,
in __Cuyahoga__ County, Ohio.

Notary Public (Signature)

__Nachiketa Lolla__
Notary Public (Printed)
My Commission expires: __12|26|27__

(Notary seal: NACHIKETA LOLLA, NOTARY PUBLIC, COMM. EXP. 12/26/27, STATE OF OHIO)

If available, an individual duly authorized to administer this oath at the Clerk of Court's Office will do so
at no cost to the Applicant.

## ORDER

☐ Upon the request of the Applicant and the Court's review, the Court finds that the Applicant IS an indigent litigant and **GRANTS** a waiver of the prepayment of costs or fees in this matter. Pursuant to R.C. 2323.311(B)(3), upon the filing of a civil action or proceeding and the affidavit of indigency under division (B)(1) of this section, the clerk of the court shall accept the action, motion, or proceeding for filing.

☒ Upon the request of the Applicant and the Court's review, the Court finds that the Applicant is NOT an indigent litigant and **DENIES** a waiver of the prepayment of costs or fees in this matter. Applicant is granted thirty (30) days from the issuance of this Order to make the required advance deposit or security. Failure to do so within the time allotted may result in dismissal of the applicant's filing.

**IT IS SO ORDERED**

_____        _____

Judge / Magistrate                                          Date

[Effective: April 15, 2020.]



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: MOTION**
**August 7, 2025 11:08**

Confirmation Nbr. 3578651

DE'JOIR STOKES

vs.

CITY DOGS/KENNELS (ANIMAL CONTROL)

CV 25 122341

**Judge:** JENNIFER O'DONNELL

**Pages Filed:** 2

Social Security Administration

### Remote Hearing Agreement Form

OMB Control No. 0960-0671

Claimant's Name:

De'Jour Aron Pierre Stokes

Social Security Number:

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

Wage Earner:

SSI (Disability)

Representative's Name (if any):

None / Self

At this time, we are conducting some hearings by telephone and by online video using Microsoft Teams. We will only conduct a hearing by telephone or online video if you agree to appear in that manner. If you agree to appear by online video, your representative must also formally agree to appear in that manner.

Please indicate below whether you voluntarily agree to appear at your hearing by telephone or by online video. If you agree to appear by telephone and by online video, we will determine whether to hold your hearing by telephone or by online video. If you do not agree to appear by telephone or by online video, we will schedule an in-person or video teleconference (VTC) hearing. If your hearing is already scheduled, we will reschedule it as an in-person or as a VTC hearing, if you have not timely objected to that manner of appearance.

| Telephone Hearing Options: Please check one |
| --- |
| ☑ **I agree to a telephone hearing. Please provide the following information for how we can contact you on the day of the hearing:** |
| Your telephone number on day of hearing: 231-329-9603 / or via Zoom. |
| Representative's telephone number on day of hearing: _____ |
| ☐ I **do not** agree to a telephone hearing. |

**Online Video Hearing Options: Please check one**

Claimant

Perfered

☒ I **agree** to an online video hearing using Microsoft Teams. Please provide the following information for how we can contact you about the hearing:

Your Email Address:

OXAE 2000.DS @ Gmail.com

Your Cell Phone Number:

231-329 9603

Representative's Email Address:

Representative's Cell Phone Number:

☐ I **do not** agree to an online video hearing.

**If your contact information changes or if you have questions, please call the Hearing Office at the telephone number on the Remote Hearing Options notice associated with this form.**

Additional Comments: I Live in Muskegon MI, in my car with my service Dog, with tons of health issues. Plus I'm behind on my payments due to travels for medical to get her.

Your Signature:

[signature]

Date: 07-19-25

[ ] **I represent the claimant whose name appears above. I have consulted with the claimant, and the selection on this form accurately represents his or her voluntary determinations, as well as my voluntary determinations.**

Representative Signature:

Date:



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: MOTION**
**August 7, 2025 11:08**

Confirmation Nbr. 3578651

DE'JOIR STOKES

vs.

CITY DOGS/KENNELS (ANIMAL CONTROL)

CV 25 122341

**Judge:** JENNIFER O'DONNELL

**Pages Filed:** 2

Social Security Administration
_____

**Remote Hearing Agreement Form**                    OMB Control No. 0960-0671
_____

Claimant's Name:
De'Jour Aron Pierre Stokes
Social Security Number:
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
Wage Earner:
SSI (Disability)
Representative's Name (if any):
None / Self
_____

At this time, we are conducting some hearings by telephone and by online video using Microsoft Teams. We will only conduct a hearing by telephone or online video if you agree to appear in that manner. If you agree to appear by online video, your representative must also formally agree to appear in that manner.

Please indicate below whether you voluntarily agree to appear at your hearing by telephone or by online video. If you agree to appear by telephone and by online video, we will determine whether to hold your hearing by telephone or by online video. If you do not agree to appear by telephone or by online video, we will schedule an in-person or video teleconference (VTC) hearing. If your hearing is already scheduled, we will reschedule it as an in-person or as a VTC hearing, if you have not timely objected to that manner of appearance.

| Telephone Hearing Options: Please check one |
| --- |
| ☑ **I agree to a telephone hearing. Please provide the following information for how we can contact you on the day of the hearing:** |
| Your telephone number on day of hearing: 231-329-9603 / or via zoom. |
| Representative's telephone number on day of hearing: _____ |
| ☐ **I do not agree to a telephone hearing.** |

**Online Video Hearing Options: Please check one**

Claimant

Perfered

**☒ I agree to an online video hearing using Microsoft Teams. Please provide the following information for how we can contact you about the hearing:**

Your Email Address:

DXAE2000.DS@Gmail.com

Your Cell Phone Number:

231-329 9603

Representative's Email Address:

Representative's Cell Phone Number:

**☐ I do not agree to an online video hearing.**

**If your contact information changes or if you have questions, please call the Hearing Office at the telephone number on the Remote Hearing Options notice associated with this form.**

Additional Comments: I Live in Muskegon MI, in my car with my Service Dog, with tons of health issues. Plus I'm behind on my payments due to travels for medical to get her.

Your Signature: _____ Date: 07·19·25

**[ ] I represent the claimant whose name appears above. I have consulted with the claimant, and the selection on this form accurately represents his or her voluntary determinations, as well as my voluntary determinations.**

Representative Signature: _____ Date: