**United States District Court**
Northern District of Ohio
Office of the Clerk
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Christian M. Capece
Clerk of Court

(216) 357-7000

May 13, 2026

Cuyahoga County Court of Common Pleas
1200 Ontario Street
Cleveland, OH 44113

RE:    Remand to Cuyahoga County Court of Common Pleas
        County Case Number: CV 25 122341
        USDC Northern District of Ohio Case Number: 1:25-cv-01852-JPC
        *Stokes v. City Dogs Animal Control*

Dear Clerk,

On May 12, 2026, the Honorable J. Philip Calabrese, United States District Judge, entered an Order remanding the above-mentioned case to your Court. I am enclosing certified copies of our docket sheet and the order of remand. Other documents in this case can be accessed electronically on the internet at: https://ecf.ohnd.uscourts.gov.

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

Sincerely,

Christian M. Capece, Clerk

By: s/ Brionna Laster
Operations Specialist

| | | |
|---|---|---|
| 568 John F. Seiberling | 114 James M. Ashley & Thomas W. L. Ashley | 337 Thomas D. Lambros |
| Federal Building and U.S. Court House | U.S. Court House | Federal Building and U.S. Court House |
| 2 South Main Street | 1716 Spielbusch Avenue | 125 Market Street |
| Akron, OH  44308-1876 | Toledo, OH  43604-5385 | Youngstown, OH 44503-1787 |
| (330) 252-6000 | (419) 213-5500 | (330) 884-7400 |